CR-66 (10/97)

FILED
CLERK, U.S.D...
DEC 5 2008

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER |
|---|---|
| v. | SA08-670 M |
| Espinosa, Guillermo Enrique Melendez  DEFENDANT(S). | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |

Upon motion of __defendant__, IT IS ORDERED that a detention hearing is set for __Monday  12/8/08__, at __2:00__ ☐ a.m. / ☒ p.m. before the Honorable __Robert Block__, in Courtroom __6A__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ (Other custodial officer) _____ and produced for the hearing.

Dated: __12/5/08__

ROBERT N. BLOCK
U.S. District Judge/Magistrate Judge

ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT

Page 1 of 1